IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| VALLEY ICE & FUEL CO., INC. | § | |
|---|---|---|
| Plaintiff, | § | |
| VS | § | CIVIL ACTION NO. B-03-112 |
| F/V MECOACAN II,<br>F/V 15 DE OCTUBRE I,<br>F/V CAMARONES DEL GOLFO XII,<br>F/V ESPERANZA V<br>F/V PORTHOS II,   ET AL<br>their engines, tackle, apparel<br>and furniture, *in rem*,<br>Defendants, | § | |

ORDER FOR ARREST AND SEIZURE OF VESSEL
AND APPOINTMENT OF SUBSTITUTE CUSTODIAN

TO THE HONORABLE JUDGE OF SAID COURT:

This matter being presented to the above-entitled Court upon the Motion of Plaintiff, VALLEY ICE & FUEL CO., INC., for entry of an Order to Arrest and to appoint a Substitute Custodian during the pendency of this proceeding and for the release to such Substitute Custodian of the above named Defendant Vessels, their engines, nets, tackle, apparel, and furniture, ***in rem***, which Vessels upon their arrest will be in the custody of the United States Marshal for the District, and it appearing that the custody of said Vessels by Marine Salvage & Services, Inc. will minimize costs in regard to the custody and care of said Vessels during the pendency of this suit,

NOW, THEREFORE, it is hereby ORDERED that the United States Marshal for the Southern District of Texas arrest said defendant

Vessels as they may be found within the jurisdiction of the Southern District of Texas and that upon such arrest and seizure the United States Marshal release the Defendant Vessels unto Marine Salvage & Services, Inc., under the following terms and conditions:

1. That Marine Salvage & Services, Inc. is hereby ORDERED to be Custodian and caretaker of the aforenamed Defendant Vessels, which Custodian shall, during the pendency of this suit maintain the integrity of the said Vessels, their engines, tackle, apparel, furniture, etc., preserving at all times the continuing jurisdiction of this Honorable Court.

2. That Marine Salvage & Services, Inc. be, and is hereby granted authority and leave of this court to move the Defendant Vessels to its facility in Port Isabel, Texas.

3. That said Custodian shall insure that adequate hull and liability insurance be obtained, naming the U.S. Marshal and Plaintiff as additional insureds.

4. It is further ORDERED that all expenses of safekeeping of the Defendant Vessels while under seizure, be allowed as court costs.

DONE at Brownsville, Texas this 20TH day of June, 2003

United States District Judge
MAGISTRATE