IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-03-112 |
| F/V MECOACAN II, | § | |
| F/V 15 DE OCTUBRE I, | § | |
| F/V CAMARONES DEL GOLFO XII, | § | |
| F/V ESPERANZA V | § | |
| F/V PORTHOS II, ET AL, their engines, | § | |
| tackle, apparel and furniture, IN REM, | § | |
| Defendants, | § | |

## ORDER OF NOTICE

The Court orders Plaintiff, VALLEY ICE & FUEL CO., INC., to provide notice of this civil action pursuant to 46 U.S.C. § 31325(d)(1). Upon the arrest of a vessel a copy of the complaint and a copy of the Order of Arrest shall be sent by certified mail to:

(a)   the master or individual in charge of the vessel arrested; and, if applicable;

(b)   any person that recorded under Title 46 U.S.C. § 31343(a) or (d) a notice of a claim for an undischarged lien on the vessels; and, if applicable;

(c)   a mortgagee of a mortgage filed or recorded under Title 46 U.S.C. § 31321 that is an undischarged mortgage on the vessels.

DONE at Brownsville, Texas, on this 20TH day of June, 2003.

_____
United States District Judge
MAGISTRATE

L:\D20\20370\Order of Notice.wpd                                                      Page 1 of 1