IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| Plaintiff, | § | |
| | § | |
| VS | § | CIVIL ACTION NO. B-03-112 |
| | § | |
| F/V MECOACAN II, | § | |
| F/V 15 DE OCTUBRE I, | § | |
| F/V CAMARONES DEL GOLFO XII, | § | |
| F/V ESPERANZA V | § | |
| F/V PORTHOS II, ET AL, | § | |
| their engines, tackle, apparel | § | |
| and furniture, *in rem*, | § | |
| Defendants, | § | |

## PLAINTIFF'S LIST OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, VALLEY ICE & FUEL CO., INC., Plaintiff in the above-entitled and numbered cause, and respectfully submits the following list of individuals or entities having a financial interest in this action:

1. Flota Santa Elena S.A. de C.V.
   Heriberto Jara # 1064-B
   Col. Morelos
   Tampico, Tam., Mexico

2. Amado Garcia Jimenez
   Heriberto Jara # 1080
   Tampico, Tam., Mexico

3. Grupo Azar S.A. de C.V.
   Calle Bravo # 28, Interior E
   Col. San Roman
   Campeche, Camp., Mexico 24040

4. Alejandro M. Azar Elias
   Calle Nogal # 30
   Fracc. Kaniste
   Campeche, Camp., Mexico

5. Basilio Reynaga M.
   Heriberto Jara # 904
   Col. Morelos
   Tampico; Tam., Mexico

6. Carlos Jesus Bello Arrellano
   Heriberto jara # 1029
   Col. Morelos
   Tampico, Tam., Mexico

7. Jesus Bello Aguilar
   Heriberto Jara # 1028
   Col. Morelos
   Tampico, Tam., Mexico

8. Jesus Bello Aguilar
   Heriberto Jara # 1028
   Col. Morelos
   Tampico, Tam., Mexico

9. Maria Delia Bello
   Heriberto Jara # 1028
   Col. Morelos
   Tampico, Tamp., Mexico

10. Raul R. Bonilla M.
    Dr. Alarcon # 202-B Nte
    Zona Centro
    Tampico, Tam., Mexico

11. Cesareo Reynaga Martinez
    Heriberto Jara # 1022
    Col Morelos
    Tampico, Tam., Mexico

12. Eduardo Couoh
    Heriberto Jara # 900-A
    Col. Morelos
    Tampico, Tam., Mecico

12. Delfina Solis Perez
    5 de Mayo # 506
    Amp. Unidad Nacional
    Cd. Madero, Tamp., Mexico

13. Hugo Carlos de Luna Higareda
    Insurgentes # 108 Ote.
    Col. Arbol Grande
    Cd. Madero, Tam., Mexico 89490

14. Francisco Maetinez
    Calle Veracruz # 411
    Col. Guadalupe
    Tampico, Tamp., Mexico

15. Esteban G. Vargas P.
    Tercera Avenida # 704-A
    Col. Isleta Perez
    Tampico, Tam., Mexico

16. Ismael Fernandez M.
    Heriberto Jara # 1068
    Col. Morelos
    Tampico, Tam., Mexico

17. Fulvio Jimenez Turegano
    Heriberto Jara # 1030
    Col. Morelos
    Tampico, Tam., Mexico

18. Luis G. Jimenez Romero
    Heriberto Jara # 1030
    Col. Morelos
    Tampico, Tamp., Mexico

19. Roberto E. Jimenez M.
    Cacalilao # B 202, Esquina Choapas
    Col. Petrolera
    Tampico, Tam., Mexico

20. Naviera Camaronera del Caribe S.A. de C.V.
    Mza. 7, Lote 4, Region 84
    Puerto Juarez Cancun, Q.R., Mexico

21. Gerardo Morales Tamez
    Heriberto Jara # 1076
    Col. Morelos
    Tampico, Tamp., Mexico

22. Jaime Navarro
    Namebera S.A. de C.V.
    Tula # 109 Col. Tamaulipas
    Tampico, Tam., Mexico

23. Antonio Pech Cabos
    Calle 34, # 90-A
    Cd. Del Carmen, Camp., Mexico

24. Grupo Pesquero R&A, S.A. de C.V.
    20 de Nov 105 Nte. DESP 301
    Tampico, Tamp., Mexico 89000

25. Francisco E. Romellon H.
    Calle 20, # 67-A
    Lerma, Campeche, Mexico

26. Industrial Naviera Campechana S.A. de C.V.
    Calle 20, # 67-A
    Lerma, Campeche, Mexico

27. Jacobo Selem
    Congeladora Mariscos del Caribe
    Cancun, Quintana Roo, Mexico

28. Ana Maria Montemayor Cavazos
    3 ra. Avenida # 707
    Col. Isleta Perez
    Tampico, Tam., Mexico 89080

29. Marthan Patricia Zavala Heredia
    4 Ote. No. 14-A Entre 1 y 2 Sur
    Pto Industrial Pesquero/Laguna Azul
    Cd. Del Carmen, Camp., Mexico 630919

30. Naviera Yareli S.A. de C.V.
    Calle 18 Priv. # 1
    Col. Montecristo
    Campeche, Camp., Mexico

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
   & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

By: _____
      Dennis Sanchez
      State Bar No. 17569600
      Federal Admission No. 1594
      ATTORNEYS FOR PLAINTIFF
      VALLEY ICE & FUEL COMPANY, INC.

## CERTIFICATE OF SERVICE NOT REQUIRED

No service of the above and foregoing instrument has been effected at this time inasmuch as this is an *in rem* proceeding, and none of the named Defendant Vessels subject to arrest and seizure are in the area as of this 26th day of June, 2003.

_____
Dennis Sanchez