# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
ENTERED

AUG 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO. | § § | |
| VS. | § | CIVIL ACTION NO. B-03-112 |
| MECOACAN II, ET AL | § § | |

TYPE OF CASE:     __X__ CIVIL                                      ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been re-set as indicated below:**

TYPE OF PROCEEDING:  **INITIAL PRETRIAL CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE. | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS | THIRD FLOOR COURTROOM, #6 |

| DATE AND TIME PREVIOUSLY SCHEDULED: | RESET TO DATE AND TIME. |
|---|---|
| **October 10, 2003 @ 9:30 a.m.** | **October 17, 2003 @ 9:30 a.m.** |

MICHAEL N. MILBY, CLERK

BY: _Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE: August 22, 2003

TO:  ALL COUNSEL OF RECORD