

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED

**INITIAL PRETRIAL & SCHEDULING CONFERENCE**

OCT 1 7 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. __B-03-112__     DATE & TIME __10/17/03 @ 2:05-2:09 pm__

COUNSEL:

<u>**VALLEY ICE & FUEL CO., INC.**</u>     §     __Dennis Sanchez__

VS                                §

<u>**F/V MECOACAN II**</u>              §

---

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:

Case called on the docket.

Dennis Sanchez appeared for the Plaintiff and informs the Court that case will be disposed of by the end of the year. If need be, Plaintiff will be filing similar cases in 2004.

Court is adjourned.