United States District Court
Southern District of Texas
FILED

IN THE UNITED STATES DISTRICT COURT          SEP 1 4 2006
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION                         Michael N. Milby
                                             Clerk of Court

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-112 |
| | § | |
| F/V MECOACAN II, | § | |
| F/V 15 DE OCTUBRE I, | § | |
| F/V CAMARONES DEL GOLFO XII, | § | |
| F/V ESPERANZA V | § | |
| F/V PORTHOS II, ET AL | § | |
| their engines, tackle, apparel | § | |
| and furniture, *in rem*, | § | |
| Defendants. | § | |

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, VALLEY ICE & FUEL CO., INC., Plaintiff, by and through its attorney,

Dennis Sanchez, and files this its Motion for Dismissal of the above styled and numbered cause, and

in support thereof would respectfully show unto the Court the following:

I

Plaintiff and Defendants have been able to compromise and settle all matters of controversy

in this matter. As a result of the settlement, there is no longer any necessity for the continued

litigation of the above-styled and numbered cause.

Movant would therefore request that this Court dismiss the above-styled and numbered cause

without prejudice against all parties to file any same or similar suit, with court costs being assessed

against the party incurring same.

Respectfully submitted,

SANCHEZ, WHITTINGTON, ZABARTE
    & WOOD, LLC
3505 Boca Chica Blvd. Ste 100
Brownsville, Texas 78521
(956) 546-3731 - Telephone
(956) 546-3765 - Fax

By: _____
     Dennis Sanchez
     SBN 17569600
     Fed. Adm. No. 1594
     ATTORNEY FOR PLAINTIFF


## CERTIFICATE OF NO CONFERENCE

There is no counsel for the Defendants in this action and there have been no appearances made by any Defendant to this action, therefore, there is no need for a conference.

_____
Dennis Sanchez