IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VALLEY ICE & FUEL CO., INC. | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-112 |
| | § | |
| F/V MECOACAN II, | § | |
| F/V 15 DE OCTUBRE I, | § | |
| F/V CAMARONES DEL GOLFO XII, | § | |
| F/V ESPERANZA V | § | |
| F/V PORTHOS II, ET AL | § | |
| their engines, tackle, apparel | § | |
| and furniture, *in rem*, | § | |
|     Defendants. | § | |

## ORDER OF DISMISSAL

THIS COURT having been advised that the above-styled and numbered cause has been compromised and settled as between VALLEY ICE & FUEL CO., INC., Plaintiff, and the Defendants, F/V MECOACAN II, F/V 15 DE OCTUBRE I, F/V CAMARONES DEL GOLFO XII, F/V ESPERANZA V, F/V PORTHOS II, et al., their engines, tackle, apparel and furniture, *in rem*, and that there is no further need for litigation of this matter as between Plaintiff and Defendants, it is, upon motion

ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause be dismissed without prejudice against all parties to file any same or similar action. Costs are hereby adjudged against the party incurring same.

SIGNED at Brownsville, Texas, on this _____ day of September, 2006.

                                                                                  Honorable Andrew S. Hanen
                                                                                  United States District Judge